UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: SARAH SAHND

Case No. 1:16-mc-16
Black, J.
Litkovitz, M.J.

### ORDER

On June 21, 2016, Sarah Sahnd, a resident of Montgomery, Ohio, filed a document entitled "Verification Witness to Live Birth" (Doc. 1) and "evidence" (Doc. 2). On June 27, 2016, the Court entered a deficiency order which directed plaintiff to complete a complaint form setting forth the facts of her claims and the relief she is seeking within thirty days. (Doc. 3). Plaintiff was advised that her failure to comply with the terms of the deficiency order would result in the dismissal of her case for want of prosecution. To date, more than thirty days later, plaintiff has not responded to the deficiency order, and there is no indication from the docket that plaintiff is actively engaged in litigating this case. District courts have the inherent power to *sua sponte* dismiss civil actions for want of prosecution to manage their own affairs so as to achieve the orderly and expeditious disposition of cases. *Link v. Wabash R.R.*, 370 U.S. 626, 630-631 (1962); *Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991). Failure of a party to respond to an order of the Court warrants invocation of the Court's inherent power. *See Fed. R. Civ. P. 41(b)*.

Accordingly, the Court hereby **ORDERS** that this matter be **CLOSED** and **DISMISSED** from the docket of this Court.

Date: 7/29/16

Karen L. Litkovitz, Magistrate Judge
United States District Court